# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE CABOT OIL & GAS CORPORATION DERIVATIVE LITIGATION | Lead Case No. 3:20-cv-01948-CCC |

## JOINT STIPULATION AND ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE A CONSOLIDATED AMENDED COMPLAINT

Plaintiffs and Defendants in the above-captioned action respectfully submit the following stipulation and proposed order extending Plaintiffs' deadline to file a consolidated amended complaint by 30 days.

WHEREAS, on January 26, 2021, the Court granted the parties' stipulation that the consolidated amended complaint shall be filed within 45 days after an amended complaint is filed in the related securities class action, captioned *Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation*, No. 20-cv-1815 (the "Securities Class Action") and that the parties shall confer at least one week before the filing of any motion;

WHEREAS, on February 8, 2021, the Court granted the Joint Motion to Consolidate Related Case, Set Schedule, and Adjourn February 11, 2021 Case Management Conference, which, among other things, ordered Plaintiffs to file their consolidated amended complaint within 60 days of the filing of the amended complaint in the Securities Class Action and set a briefing schedule for Defendants' anticipated motion to dismiss;

WHEREAS, on April 12, 2021, the amended complaint was filed in the Securities Class Action, thereby setting June 11, 2021 as Plaintiffs' deadline to file a consolidated complaint in this action; and

WHEREAS, the parties have met and conferred and agree that Plaintiffs' deadline to file the consolidated amended complaint shall be extended by 30 days;

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate, subject to the Court's approval:

1. Plaintiffs shall file a consolidated amended complaint no later than July 12, 2021.
2. The remaining deadlines set by the February 8, 2021 Order shall remain in effect.

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **BUCHANAN INGERSOLL & ROONEY PC** |
| By: */s/ Jacob A. Goldberg* <br> Jacob A. Goldberg <br> PA 66399 <br> 101 Greenwood Avenue, Suite 440 <br> Jenkintown, PA 19046 <br> Tel: (215) 600-2817 <br> Fax: (212) 202-3827 <br> Email: jgoldberg@rosenlegal.com <br><br> *Local Counsel for Plaintiffs* | By: */s/ Amy Barrette* <br> Amy Barrette <br> PA 87318 <br> Union Trust Building <br> 501 Grant Street, Suite 200 <br> Pittsburgh, PA 15219-4413 <br> Tel: (412) 562-1626 <br> Email: amy.barrette@bipc.com <br><br> **NORTON ROSE FULBRIGHT US LLP** <br> Peter A. Stokes <br> 98 San Jacinto Boulevard, Suite 1100 <br> Austin, TX 78701-4255 <br> Tel: (512) 536-5287 <br> Email: peter.stokes@nortonrosefulbright.com <br><br> *Counsel for Defendants* |

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 11771
Tel: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, NY 10019
Tel: (212) 935-7400
Email: bsachsmichaels@glancylaw.com

and

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Email: rprongay@glancylaw.com

*Counsel for Plaintiffs*


IT IS SO ORDERED


Dated: June 14, 2021                /S/ CHRISTOPHER C. CONNER
                                                   HON. CHRISTOPHER C. CONNER
                                                   UNITED STATES DISTRICT JUDGE